165 So. 262

### Corbett ARRINGTON v. STATE.
#### 4 Div. 868.

Supreme Court of Alabama.
Jan. 16, 1936.

M. I. Jackson, of Clayton, for the motion.

A. A. Carmichael, Atty. Gen., opposed.

FOSTER, Justice.

Petition of Corbett Arrington for certiorari to the Court of Appeals to review and revise the judgment and decision of that court in Arrington v. State, 165 So. 261.

Writ denied.

ANDERSON, C. J., and GARDNER, and BOULDIN, JJ., concur.